IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARCUS B. GOSWICK, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-01204-JKP |
| vs. | § § | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLLUTIONS, INC., CCS NATIONAL LLC, D/B/A CREDIT COLLECTION SERVICES; NATIONAL CREDIT SYSTEMS, INC., NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; FAIR COLLECTIONS & OUTSOURCING, INC., PROCOLLECT, INC., AMLI RESIDENTIAL PROPERTIES, L.P., GREYSTAR GP, L.L.C., LIBERTY MUTUAL GROUP INC., | § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court in the above-styled cause of action is the Motion for Admission Pro Hac Vice [#33], filed by Andrew Michael Schwartz, attorney for Defendant Fair Collections & Outsourcing, Inc. Mr. Schwartz's application reflects that he is a member in good standing with the Bar of the State of Pennsylvania and admitted to practice in the a number of federal courts. According to the motion, this is Mr. Schwartz's second application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has made an exception for out-of-district counsel if their

1

practice in the Western District is limited to one or two cases and the applicant has co-counsel admitted to practice in this Court. Any additional requests by out-of-district counsel require counsel to apply for admission to the Western District of Texas.

Mr. Schwartz's application lists Taylor R. Yetter as his co-counsel in this case, but there is no record that Mr. Yetter is counsel of record for Defendant. Western District records do show that Mr. Yetter is admitted to practice in this Court. The record does reflect, however, that Ranelle M. Meroney, another attorney licensed to practice in the Western District of Texas, is counsel of record for Defendant Fair Collections & Outsourcing, Inc., and filed the motion to proceed *pro hac vice* on Mr. Schwartz's behalf. Accordingly, it appears Mr. Schwartz does have co-counsel of record admitted in this district. The Court will therefore grant Mr. Schwartz's motion such that Mr. Schwartz may appear in this case *pro hac vice*.

Accordingly, **IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#33] is **GRANTED** such that Andrew Michael Schwartz may appear before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that counsel become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

**IT IS FURTHER ORDERED** that Andrew Michael Schwartz immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

**IT IS FURTHER ORDERED** that Andrew Michael Schwartz, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within **ten days** of this Order, if he

has not already done so.  Mr. Schwartz's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

SIGNED this 30th day of November, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE