**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**MARCUS B. GOSWICK,**

   *Plaintiff*,

**v.**                                                    **Case No. 5:22-CV-1204-JKP-ESC**

**EQUIFAX INFORMATION SERVICES,**
**LLC; et al.,**

   *Defendants.*

## ORDER OF DISMISSAL

Before the Court is a Stipulation to Dismiss (ECF No. 88) filed jointly by Plaintiff and the sole remaining defendant in this action, Liberty Mutual Group, Inc. Pursuant to Fed. R. Civ. P. 41(a)(2), these parties stipulate that this action be dismissed with prejudice because they have settled the case. They provide a proposed order with their stipulation.

Accordingly, in accordance with the joint stipulation, the Court hereby dismisses this action with prejudice as it pertains to all remaining parties. Each remaining party shall be responsible for their own costs and fees. This case is now dismissed and closed for all purposes. **The Clerk of Court is DIRECTED to close this case.**

   **SIGNED this 20th day of December 2023.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**